DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VERNON REED,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2343

[November 9, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Ernest A. Kollra, Jr., Judge; L.T. Case No. 12-18364CF10A.

Vernon Reed, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***